ACCEPTED
15-25-00078-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/11/2025 2:29 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00078-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/11/2025 2:29:04 PM
CHRISTOPHER A. PRINE
Clerk

IN THE FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS

TRIDENT HOMES, INC. AND RYAN STRICKLAND,
*Appellants,*

v.

RAMESH KAINTHLA AND NEETU KAINTHLA
*Appellees.*

On Appeal from the 272nd District Court
Brazos County, Texas
Cause No. 21-000379-CV-272
Hon. John L. Brick, Presiding Judge

UN-OPPOSED MOTION FOR EXTENSION OF TIME
TO FILE OF APPELLANTS' BRIEF

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Appellants file this Unopposed Motion for Extension of time to file Appellants' Brief and in support show the following:

1.    Appellants' brief is due on July 16, 2025. Appellants request an extension of time of forty-five (45) days, until September 1, 2025, to file Appellants' brief.

1

2.      Appellants counsel was on vacation for a week in early July and needs additional time to prepare Appellants' Brief.

3.      Appellants' counsel has conferred by email with opposing counsel who indicated that there was no opposition to this request.

4.      This is Appellants' first request for extension of time to file its brief.

Respectfully submitted,

SHARPE LAW, PC

By:  */s/ Matthew D. Sharpe*_____
MATTHEW D. SHARPE
State Bar No. 24067160
416 Tarrow Street
College Station, TX 77840
Phone (832) 416-1133
Fax No. (832) 835-1910
matt.sharpe@lonestarlawoffice.com

ATTORNEY FOR APPELLANTS
TRIDENT HOMES, INC. and
RYAN STRICKLAND

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading was served on Appellees Ramesh Kainthla and Neetu Kainthla, by and through their attorney of record, J. Davis Watson, 1450 Copperfield Pkwy, Suite 300, College Station, Texas 77845, dwatson@watsonlawyers.com, *via e-filing* on July 11, 2025.

*/s/ Matthew D. Sharpe*
MATTHEW D. SHARPE

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Matthew Sharpe on behalf of Matthew  Sharpe
Bar No. 24067160
matt.sharpe@lonestarlawoffice.com
Envelope ID: 103038311
Filing Code Description: Motion
Filing Description: Motion for Extension of Time to file Appellants Brief
Status as of 7/11/2025 2:42 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Matthew D.Sharpe | | matt.sharpe@lonestarlawoffice.com | 7/11/2025 2:29:04 PM | SENT |
| J. Davis Watson | | dwatson@watsonlawyers.com | 7/11/2025 2:29:04 PM | SENT |
| Sean Hester | | shester@watsonlawyers.com | 7/11/2025 2:29:04 PM | SENT |